In the Matter of SHERIDAN–SEVILLE CORP., Debtor.
No. 5858.

Circuit Court of Appeals, Seventh Circuit.
Oct. 9, 1936.

Max Swiren, of Chicago, Ill., for appellant.

Hargrave A. Long, of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from be, and the same is hereby, affirmed, with costs.

Henry Smith SHREVE, Appellant, v. UNITED STATES of America, Appellee.
No. 7628.

Circuit Court of Appeals, Sixth Circuit.
Feb. 11, 1937.

Vincent E. Schoeck, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the appellee's motion to docket and dismiss the above-entitled cause on appeal, and the certificate of the clerk of the United States District Court for the Eastern District of Michigan, Southern Division, and the court being fully advised in the premises,

Wherefore, it is ordered and adjudged that this cause be docketed and the appeal taken from the order entered April 16, 1936, is dismissed.

In the Matter of George SLEPIKAS, Debtor.
No. 5811.

Circuit Court of Appeals, Seventh Circuit.
Oct. 12, 1936.

Francis Heisler, of Chicago, Ill., for appellant.

Jacob Levy, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral argument.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from be, and the same is hereby, affirmed, with costs.